IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 5:23CR348 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHANIE CONDRIC, | ) | MOTION TO TRANSFER RELATED |
| | ) | CASE TO THE DOCKET OF JUDGE |
| Defendant. | ) | DONALD C. NUGENT |
| | ) | |

Now comes the United States of America, by and through its counsel, Rebecca C. Lutzko, United States Attorney, and Aaron P. Howell, Assistant United States Attorney, and moves this Court for an order, pursuant to Local Rule 57.9(b)(3), reassigning this case to the docket of Judge Donald C. Nugent. This motion is made as Case Number 5:21CR259, United States v. Jason Kachner, et al., is currently pending and is assigned to Judge Donald C. Nugent. This matter charges crimes that are part of the same fact situation and allegations involved in Case Number 5:21CR259. To allow for the expeditious administration of these cases, the government respectfully requests that the Court immediately enter an order transferring this matter to the docket of Judge Donald C. Nugent.

2

WHEREFORE, the United States respectfully requests that this Court order the instant case transferred to the docket of Judge Donald C. Nugent.

                                                      Respectfully submitted,

                                                    REBECCA C. LUTZKO
                                                    United States Attorney

By:   /s/ Aaron P. Howell
        Aaron P. Howell (OH: 0081347)
        Assistant United States Attorney
        Federal Building
        2 South Main Street, Room 208
        Akron, OH 44308
        (330) 761-0526
        (330) 375-5492 (facsimile)
        Aaron.Howell@usdoj.gov