UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 5:23-cr-00348-PAB |
| | ) | |
| Plaintiff, | ) | **JUDGE BARKER** |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| **STEPHANIE CONDRIC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Local Criminal Rule 57.9(b)(3), the above-captioned matter is transferred to the docket of Judge Donald C. Nugent, as related to Case No. 5:21CR259, United States v. Jason Kachner, et al.,

**IT IS SO ORDERED.**

*s/ Pamela A. Barker*
**UNITED STATES DISTRICT JUDGE**
**Transferor Judge Pamela A. Barker**


*s/Donald C. Nugent*
**UNITED STATES DISTRICT JUDGE**
**Transferee Judge Donald C. Nugent**

DATED: July 17, 2023