IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:23CR00348 |
| Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| STEPHANIE CONDRIC | * | MOTION TO TRAVEL |
| Defendant | * | |

\* \* \*

Now comes the Defendant, Stephanie Condric, by and through undersigned counsel, and respectfully moves this Court for permission to travel outside of the Northern District of Ohio from August 5, 2023, through August 12, 2023, on a preplanned, prepaid family vacation.

Defendant Condric will be travelling by car with her daughter, Marija McAfee and her family. Here is the itinerary:

August 5, 2023, leave Canton, OH arrives in Hagerstown, Maryland and staying at the SpringHill Suits, 17280 Valley Mall Road, Hagerstown, MD.

August 6, 2023, depart Hagerstown, Maryland and arrive in Kitty Hawk, North Carolina and staying at 147 Duck Road, Kitty Hawk, NC.

August 12, 2023, leave Kitty Hawk and drive back to Canton, OH.

WHEREFORE, Defendant Condric requests that she be granted permission to travel as outlined above.

Respectfully submitted,

/S/ LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO, LPA
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171 - 330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

    I hereby certify that on July 19, 2023, a copy of the foregoing Motion to Travel was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                    */S/ LAWRENCE J. WHITNEY*
                                                    LAWRENCE J. WHITNEY
                                                    Attorney for Defendant