IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:23CR00348 |
|     Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| STEPHANIE CONDRIC | * | MOTION TO TRAVEL |
|     Defendant | * | |

\* \* \*

Now comes the Defendant, Stephanie Condric, by and through undersigned counsel, and respectfully moves this Court for permission to travel outside of the Northern District of Ohio from February 15, 2024 through February 24, 2024.  Defendant Condric will be travelling by airplane  (United Airlines), leaving at 7:05  a.m. from CAK.  Defendant will return to Canton on February 24, 2024, leaving Wisconsin at 3:43 p.m.  Defendant Condric will be staying with her daughter, Georgiana Condric-Paolillo and family at 2471 Whistling Swan Court, Menasha, WI.  From February 16, 2024 through February 18, 2024, the family will be staying at Landmark Resort, 4929 Landmark Drive, Egg Harbor, WI.  Ms.  Condric has requested and been granted privileges in the past and in each instance, she has fully abided by the Court's order.

WHEREFORE, Defendant Condric requests that she be granted permission to travel as outlined above.

Respectfully submitted,

/S/   LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO, LPA
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

      I hereby certify that on February 5, 2024, a copy of the foregoing Motion to Travel was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

      */S/ LAWRENCE J. WHITNEY*
      LAWRENCE J. WHITNEY
      Attorney for Defendant