IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO.  5:23CR00348 |
| Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| STEPHANIE CONDRIC | * | MOTION TO TRAVEL |
| Defendant | * | |
| * * * | | |

Now comes the Defendant, Stephanie Condric, by and through undersigned counsel, and respectfully moves this Court for permission to travel outside of the Northern District of Ohio from May 3, 2024 - May 7, 2024.  Defendant will be driving to Fletcher, NC to pick up her daughter, Georgiana Condric-Paolillo, and her family at Asheville Airport and then going directly to Johnson City, TN for the weekend.

Defendant will be staying with her daughter and family at Spring Hill Suites in Johnson City, TN until May 7, 2024.  Defendant will drop her daughter and family off at Asheville Airport and then drive back to Ohio.  Defendant has requested and been granted privileges in the past and in each instance, she has fully abided by the Court's order.

WHEREFORE, Defendant Condric requests that she be granted permission to travel as outlined above.

Respectfully submitted,

/S/   LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO, LPA
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171  -  330-253-7174 fax
burdon-merlitti@neo.rr.com

PROOF OF SERVICE

      I hereby certify that on April 11, 2024, a copy of the foregoing Motion to Travel was electronically filed. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                          */S/ LAWRENCE J. WHITNEY*
                                          LAWRENCE J. WHITNEY
                                          Attorney for Defendant