IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:23CR00348 |
| Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| STEPHANIE CONDRIC | * | MOTION TO TRAVEL |
| Defendant | * | |

Now comes the Defendant, Stephanie Condric, by and through undersigned counsel, and respectfully moves this Court for permission to travel outside of the Northern District of Ohio from May 3, 2024 - May 7, 2024. Defendant will be driving to Fletcher, NC to pick up her daughter, Georgiana Condric-Paolillo, and her family at Asheville Airport and then going directly to Johnson City, TN for the weekend.

Defendant will be staying with her daughter and family at Spring Hill Suites in Johnson City, TN until May 7, 2024. Defendant will drop her daughter and family off at Asheville Airport and then drive back to Ohio. Defendant has requested and been granted privileges in the past and in each instance, she has fully abided by the Court's order.

WHEREFORE, Defendant Condric requests that she be granted permission to travel as outlined above.

*w/out objection of USA or USPO*

GRANTED: X  DENIED: ____
IT IS SO ORDERED.
*/s/ Donald C. Nugent 4/12/24*
U.S. DISTRICT JUDGE

Respectfully submitted,

/S/ LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO, LPA
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171 - 330-253-7174 fax
burdon-merlitti@neo.rr.com