IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 5:23CR00348 |
| Plaintiff | * | |
| -vs- | * | JUDGE DONALD C. NUGENT |
| STEPHANIE CONDRIC | * | MOTION TO TRAVEL |
| Defendant | * | |

Now comes the Defendant, Stephanie Condric, by and through counsel, and respectfully moves this Court for permission to travel outside of the Northern District of Ohio from August 2, 2024 to August 6, 2024, to assist her daughter and family who are moving from Wisconsin to Tennessee.

Defendant will leave Canton, Ohio on August 2, 2024, travel by car to 1160 Broad Leaf Drive, Johnson City, Tennessee, and will be staying at this address during her stay. Defendant will return to Canton, Ohio on August 6, 2024, travelling by plane with American Airlines, leaving Tri Cities, Tennessee airport at 2:30 p.m., has a layover in Charlotte, North Carolina and arriving back in Canton, Ohio at 6:30 p.m.

Defendant has requested and been granted privileges in the past and in each instance, she has fully abided by the Court's order.

WHEREFORE, Defendant Condric requests that she be granted permission to travel as outlined above.

*[Handwritten: w/ no objection from USA or USPO]*

GRANTED: X   DENIED: ___
IT IS SO ORDERED.

_____ 7/31/24
U.S. DISTRICT JUDGE

Respectfully submitted,

/S/ LAWRENCE J. WHITNEY
LAWRENCE J. WHITNEY #0023738
LAWRENCE J. WHITNEY CO, LPA
Attorney for Defendant
137 South Main Street, Suite 201
Akron, Ohio 44308
330-253-7171 - 330-253-7174 fax
burdon-merlitti@neo.rr.com