# STEPHANIE D. CONDRIC

7075 Firestone Ave NE      Canton, OH 44721

scondric@sbcglobal.net

**FILED**

JAN 28 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

January 25, 2025

Judge Donald C. Nugent
Carl B. Stokes United States District Court House
801 West Superior Avenue, Courtroom 15A
Cleveland, Oh 44113-1842

Dear Judge Nugent,

I am respectably requesting that you consider early termination of my home monitoring. At my sentencing on July 10, 2024, you said you would consider doing so at the 2 month point if all went well by that point in time.

I completed my time with the BOP on December 2, 2024. On December 3, I began my home monitoring under the supervision of my probation officer, Ms. Jamie Rinella. There have been no problems while I have been under her supervision.

I have completed my community service, well beyond the 40 hours required by the court. I have paid restitution monthly since my release from the BOP. I have had my Social Security reinstated and am working two bookkeeping jobs as a subcontractor for which I requested 1099s at the end of the year.

I intend to continue to move forward with my probation and my life in general in a positive manner. Thank you so much for your consideration.

Respectfully Submitted,

*Stephanie D. Condric* (signature)

Stephanie D. Condric
Case 5:23 - CR – 00348

---

*Handwritten annotation:* Split Home Detention is part of sentence and must be served.

GRANTED: _____ DENIED: X
IT IS SO ORDERED.

*Donald C. Nugent* (signature) 2/3/25
U.S. DISTRICT JUDGE