# STEPHANIE CONDRIC

7075 Firestone Road NE          Canton, OH 44721

Email: scondric1@gmail.com

May 30, 2025

**FILED**

Jun 02 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland

Judge Donald Nugent
Carl B. Stokes United States District Court House
801 West superior Avenue, Courtroom 15A
Cleveland, OH 44113-1842

5:23-cr-348

Dear Judge Nugent,

I am requesting approval for 2 trips throughout the course of the summer. Both are short in duration and will not cause me to lose any work hours or to get behind on my restitution payments.

**TRIP 1:**     **DATES:**     June 9 – June 14, 2025

Destination: Georgiana & Salvatore Paolillo Residence
1160 Broadleaf Drive
Johnson City, TN 37601

Purpose of Trip: Family Time

My daughter, Marija McAfee and her family (William, husband, Jyles and Georgiana, children) are going to visit my oldest daughter and her family and have invited me to join them. We will travel by car and stay at the above address.

Vehicle: Kia Sorrento (Marija McAfee's Vehicle)
Ohio License Plate # KOD 5823

I will incur no out of pocket expenses.

*[Handwritten annotations: "w/out objection fr USA AR 06596"; "GRANTED: X  DENIED: ___  IT IS SO ORDERED. /s/ Donald C. Nugent 6/3/25  U.S. DISTRICT JUDGE"]*